In the Matter of the Petition of OMAR POWELL, Respondent, for a Peremptory Writ of Mandamus against AMERICAN AND BRITISH MANUFACTURING COMPANY et al., Appellants.

*Matter of Powell*, 151 App. Div. 934, affirmed.
(Argued October 2, 1912; decided October 22, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 7, 1912, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the granting of permission to petitioner, a stockholder, to examine the books of the American and British Manufacturing Company.

*Ralph Polk Buell* and *George S. Graham* for appellants.

*Omar Powell*, respondent, in person.

Order affirmed, without costs, without prejudice to any application to modify the order of the Supreme Court to provide for the manner and place of inspection; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.